# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cr-00058-JOF-ECS
## USA v. Deal
## Honorable J. Owen Forrester

Minute Sheet for proceedings held In Chambers on 10/23/2012.

| | |
|---|---|
| TIME COURT COMMENCED: 10:32 A.M. | COURT REPORTER: Monty Vann |
| TIME COURT CONCLUDED: 10:52 A.M. | COURT INTERPRETER: none |
| TIME IN COURT: 00:20 | CSO/DUSM: none |
| OFFICE LOCATION: Atlanta | USPO: none |
| | DEPUTY CLERK: Pam Lohmiller |

| | |
|---|---|
| DEFENDANT(S): | [1]Maurice Deshawn Deal NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Ellen Endrizzi representing USA<br>S. Smith representing Maurice Deshawn Deal<br>** Mary Jane Stewart representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[13]Motion to Suppress Statements DENIED<br>DFT#1-[14]Motion to Suppress Evidence DENIED<br>DFT#1-[40]Report and Recommendation GRANTED<br>DFT#1-[60]Motion in Limine GRANTED IN PART & DENIED IN PART The Court deferred ruling on a part of this motion. |
| MINUTE TEXT: | Pretrial Conference held. Jury trial will conmmence at 10 a.m. on Monday, November 5, 2012. The transcript will serve as the order of the Court. |